**No. 43620.**—Protest 17813–K of L. Oppleman, Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of mineral specimens similar to those the subject of *Oppleman* v. *United States* (1 Cust. Ct. 159 C. D. 42). The claim for free entry under paragraph 1719 was therefore sustained.